IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL LEWIS #B-52564, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 10-cv-0566-MJR |
| | ) |
| JAMES S. FENOGLIO, | ) |
| C. BROOKS, | ) |
| PHILLIP MARTIN, | ) |
| LOUIS SHICKER, | |
| SARAH JOHNSON, | |
| MICHAEL P. RANDLE, | |
| | |
| Defendants. | |

## MEMORANDUM AND ORDER

**REAGAN, District Judge:**

On March 29, 2011, the Court struck Plaintiff's complaint (Doc. 1) for noncompliance with FED. R. CIV. P 8, and ordered Plaintiff to file an amended complaint by April 18, 2011 (Doc. 31). Following Plaintiff's failure to comply with that order in the time allotted,

The Court **ORDERS** that this action is **DISMISSED without prejudice** for failure to comply with an order of this Court. FED.R.CIV.P. 41(b); *see generally James v. McDonald's Corp.*, 471 F.3d 672, 681 (7th Cir. 2005); *Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997). The Clerk is **DIRECTED** to **CLOSE THIS CASE**.

**IT IS SO ORDERED.**

DATED this 28th day of April, 2011

    /s/ MICHAEL J. REAGAN
**MICHAEL J. REAGAN**
**United States District Judge**